# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)** <br><br> Stafford, Jr., William H. | **2. Court or Organization** <br><br> U.S. District Court, NDFL | **3. Date of Report** <br><br> 05/14/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time) <br><br> Senior U.S. District Judge | **5a. Report Type (check appropriate type)** <br><br> ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

US Courthouse
111 North Adams Street
Tallahassee, FL 32301-7717

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Prudential Life Insurance Co (whole life) | A | Dividend | J | W | | | | | |
| 2.  -Morgan Stanley Bank Deposit Program (money market) | A | Interest | K | T | | | | | |
| 3.  -AT&T, Inc. (common) | B | Dividend | K | T | | | | | |
| 4.  -Chevron (common) | A | Dividend | J | T | | | | | |
| 5.  -Duke Energy Corp. New (common) | A | Dividend | J | T | | | | | |
| 6.  -Enbidge, Inc. (common) | A | Dividend | J | T | | | | | |
| 7.  -General Electric (common) | A | Dividend | J | T | | | | | |
| 8.  -Johnson & Johnson (common) | A | Dividend | J | T | | | | | |
| 9.  -Medtronic (common) | A | Dividend | J | T | | | | | |
| 10.  -Morgan Stanley | A | Dividend | K | T | | | | | |
| 11.  -Pfizer (common) | A | Dividend | J | T | | | | | |
| 12.  -TE Connectivity LTD New (common) | A | Dividend | J | T | | | | | |
| 13.  Verizon Communication (common) | A | Dividend | J | T | | | | | |
| 14.  Wabtec Corp (common) | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 15.  -Wal-Mart (common) | A | Dividend | J | T | | | | | |
| 16.  -Wells Fargo & Co. (common) | A | Dividend | J | T | | | | | |
| 17.  -CSX Corp (common) | A | Dividend | | | Sold | 04/01/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Lehman Bros HLDG (preferred stock) | None | | J | T | | | | | |
| 19.  -Alerian MLP ETF (closed end fund) | B | Dividend | K | T | Buy<br>(add'l) | 11/15/19 | J | | |
| 20.  -Eaton Vance Tax Mgd Div Eq (closed end fund) | A | Dividend | J | T | | | | | |
| 21.  -Nuveen EHCD AmT Free muni cred (closed end fund) | B | Dividend | K | T | | | | | |
| 22.  -SPDR DIJA Trust (ETF) | A | Dividend | K | T | | | | | |
| 23.  Bank India NY (certificate of deposit) | A | Interest | K | T | Buy | 11/25/19 | K | | |
| 24.  Bank of China NY (certificate of deposit) | A | Interest | | | Redeemed | 01/15/19 | K | A | |
| 25.  -Blackrock Global Allocation C | B | Dividend | K | T | | | | | |
| 26.  -Blackrock - Multi-Asset, Inc. C | B | Dividend | K | T | | | | | |
| 27.  -Virtus Multi-Sector Short Term Bond Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 28.  -Morgan Stanley Bank Deposit Program (money market) | A | Dividend | J | T | | | | | |
| 29.  -Mngrs Amg Timesq MDCP (mutual fund) | C | Dividend | K | T | Buy<br>(add'l) | 12/16/19 | J | | |
| 30.  -Blackrock Low Duration Bond (mutual fund) | A | Dividend | J | T | Buy<br>(add'l) | 11/29/19 | J | | |
| 31.  -Invesco Balanced Risk Allocation Y (mutual fund) | C | Dividend | K | T | Buy<br>(add'l) | 12/13/19 | J | | |
| 32.  -Invesco Premier US Gen (money market) (IUGXX) | A | Dividend | J | T | | | | | |
| 33.  -Invesco US Small Cap Value Y (mutual fund) | A | Dividend | J | T | Buy<br>(add'l) | 12/13/19 | J | | |
| 34.  -JP Morgan Large Cap GRW | B | Dividend | K | T | Buy<br>(add'l) | 12/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Jr., William H.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Lazard Emerging Markets Fund (mutual fund) | A | Dividend | J | T | Buy (add'l) | 12/20/19 | J | | |
| 36.   Lazard Intl. Eq1 Sel Inst | A | Dividend | J | T | Buy (add'l) | 12/20/19 | J | | |
| 37.   -PIMCO LowDuration P (mutual fund) | A | Dividend | J | T | Buy (add'l) | 11/29/19 | J | | |
| 38.   -T Rowe Price Eq Inc. (mutual fund) | A | Dividend | K | T | | | | | |
| 39.   -Virtus Multi-Sector Short Term Bond Fund (mutual fund) | A | Dividend | K | T | Sold (part) | 01/22/19 | J | A | |
| 40.   -Western Asset Global Hi Yld A (mutual fund) | A | Dividend | J | T | Buy (add'l) | 11/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Jr., William H.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, lines 28 through 40 are IRA holdings.

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William H. Stafford, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544